# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

                                          Case No. 15-MC-51373

v.

                                          HON. DENISE PAGE HOOD

ANTON BROWN,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## and
## GRANTING MOTION FOR ORDER ENFORCING SUBPOENA

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (Doc. No. 5) on Petitioner's Motion for an Order Enforcing Subpoena Ad Testificandum. To date, no Objections have been filed to the Report and Recommendation and the time to file such has passed.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion. The Court agrees with the Magistrate Judge that Petitioner is entitled to an order enforcing the subpoena issued to Respondent pursuant to 12 U.S.C. § 3410(c).

Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. No. 5) is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Petitioner National Labor Relations Board's Motion for an Order Enforcing Subpoena Ad Testificandum (Doc. No. 1) is GRANTED. The subpoena ad testificandum issued to Respondent is enforced. Respondent must comply with the subpoena issued by Petitioner at the time and place set by Petitioner.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: December 21, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 21, 2015, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager